# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MURRAY LARSON and JOAN LARSON,** | ) |
| **Plaintiffs,** | ) |
| vs. | ) 8:00CV529 |
| **TYSON FRESH MEATS, INC.,** f/k/a IBP, inc. | ) **TRIAL ORDER** |
| **Defendant.** | ) |

The Eighth Circuit has denied the plaintiffs' PETITION FOR PERMISSION TO TAKE INTERLOCUTORY APPEAL. Accordingly,

**IT IS ORDERED:**

1. This matter is scheduled for a jury trial before the Honorable Laurie Smith Camp, District Court Judge, to begin **Tuesday, September 20, 2005**, in Courtroom No. 2, Third Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

2. Counsel will receive more specific information regarding trial preparation from Judge Smith Camp.

**DATED July 6, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**