# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MURRAY AND JOAN LARSON,** et. al. | ) ) ) | CASE NOS. 8:00CV529 8:00CV530, 8:00CV531, 8:00CV532, 8:00CV533, 8:00CV534, |
| **Plaintiffs,** | ) ) | 8:00CV535, 8:00CV536, 8:00CV537, 8:01CV28, 8:02CV293 |
| vs. | ) ) | |
| **TYSON FRESH MEATS, INC.,** f/k/a IBP, INC., | ) ) ) | ORDER |
| **Defendant.** | ) | |

IT IS ORDERED:

1. The parties' Joint Motions for Extension of Time to Submit Settlement Documentation, as identified below, are granted; and

    8:00CV529 at Filing No. 466;
    8:00CV530 at Filing No. 423;
    8:00CV531 at Filing No. 428;
    8:00CV532 at Filing No. 422;
    8:00CV533 at Filing No. 429;
    8:00CV534 at Filing No. 429;
    8:00CV535 at Filing No. 425;
    8:00CV536 at Filing No. 420;
    8:00CV537 at Filing No. 423;
    8:01CV028 at Filing No. 412;
    8:02CV293 at Filing No. 352;

2. The parties shall file a stipulation demonstrating their intention to fully dispose of these cases on or before March 23, 2007.

Dated this 5th day of March, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge