IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MURRAY AND JOAN LARSON,** et. al. | ) ) ) | CASE NOS. 8:00CV529 8:00CV530, 8:00CV531 8:00CV532, 8:00CV533 |
| Plaintiffs, | ) ) | 8:00CV534, 8:00CV535 8:00CV536, 8:00CV537 |
| vs. | ) ) | 8:01CV28, 8:02CV293 |
| **TYSON FRESH MEATS, INC.,** f/k/a IBP, INC., | ) ) ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED:

1. The parties' joint motion, identified by filing number below, is granted:

    8:00CV529 at Filing No. 469
    8:00CV530 at Filing No. 426
    8:00CV531 at Filing No. 431
    8:00CV532 at Filing No. 425
    8:00CV533 at Filing No. 432
    8:00CV534 at Filing No. 432
    8:00CV535 at Filing No. 428
    8:00CV536 at Filing No. 423
    8:00CV537 at Filing No. 426
    8:01CV028 at Filing No. 415
    8:02CV293 at Filing No. 355; and

2. The parties are given leave to file the index of evidence offered in support of their joint motion for approval of a confidential settlement under seal.

Dated this 20th day of March, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge